JS 44C/SDNY
REV. 10/01/2020

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                         DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER        ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [ ]    Judge Previously Assigned

If yes, was this case Vol. [ ]  Invol. [ ]  Dismissed.  No [ ]  Yes [ ]   If yes, give date _____ & Case No. _____

Is this an international arbitration case?    No [ ]    Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                     NATURE OF SUIT

                                  TORTS                                                    ACTIONS UNDER STATUTES

**CONTRACT**               **PERSONAL INJURY**       **PERSONAL INJURY**        **FORFEITURE/PENALTY**    **BANKRUPTCY**               **OTHER STATUTES**

[ ] 110 INSURANCE          [ ] 310 AIRPLANE          [ ] 367 HEALTHCARE/          [ ] 625 DRUG RELATED     [ ] 422 APPEAL               [ ] 375 FALSE CLAIMS
[ ] 120 MARINE             [ ] 315 AIRPLANE PRODUCT    PHARMACEUTICAL PERSONAL    SEIZURE OF PROPERTY           28 USC 158              [ ] 376 QUI TAM
[ ] 130 MILLER ACT                 LIABILITY           INJURY/PRODUCT LIABILITY   21 USC 881               [ ] 423 WITHDRAWAL           [ ] 400 STATE
[ ] 140 NEGOTIABLE         [ ] 320 ASSAULT, LIBEL &  [ ] 365 PERSONAL INJURY      [ ] 690 OTHER                 28 USC 157                      REAPPORTIONMENT
        INSTRUMENT                 SLANDER                 PRODUCT LIABILITY                                                            [ ] 410 ANTITRUST
[ ] 150 RECOVERY OF        [ ] 330 FEDERAL           [ ] 368 ASBESTOS PERSONAL                             **PROPERTY RIGHTS**          [ ] 430 BANKS & BANKING
        OVERPAYMENT &              EMPLOYERS'                INJURY PRODUCT                                                             [ ] 450 COMMERCE
        ENFORCEMENT                LIABILITY                 LIABILITY                                     [ ] 820 COPYRIGHTS  [ ] 880 DEFEND TRADE SECRETS ACT  [ ] 460 DEPORTATION
        OF JUDGMENT        [ ] 340 MARINE                                                                  [ ] 830 PATENT               [ ] 470 RACKETEER INFLU-
[ ] 151 MEDICARE ACT       [ ] 345 MARINE PRODUCT    **PERSONAL PROPERTY**                                 [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION    ENCED & CORRUPT
[ ] 152 RECOVERY OF                LIABILITY         [ ] 370 OTHER FRAUD                                   [ ] 840 TRADEMARK                    ORGANIZATION ACT
        DEFAULTED          [ ] 350 MOTOR VEHICLE     [ ] 371 TRUTH IN LENDING                                                                   (RICO)
        STUDENT LOANS      [ ] 355 MOTOR VEHICLE                                                           **SOCIAL SECURITY**          [ ] 480 CONSUMER CREDIT
        (EXCL VETERANS)            PRODUCT LIABILITY                                                                                    [ ] 485 TELEPHONE CONSUMER
[ ] 153 RECOVERY OF        [ ] 360 OTHER PERSONAL    [ ] 380 OTHER PERSONAL       **LABOR**                [ ] 861 HIA (1395ff)                  PROTECTION ACT
        OVERPAYMENT                INJURY                    PROPERTY DAMAGE                               [ ] 862 BLACK LUNG (923)
        OF VETERAN'S       [ ] 362 PERSONAL INJURY - [ ] 385 PROPERTY DAMAGE      [ ] 710 FAIR LABOR       [ ] 863 DIWC/DIWW (405(g))   [ ] 490 CABLE/SATELLITE TV
        BENEFITS                   MED MALPRACTICE            PRODUCT LIABILITY           STANDARDS ACT    [ ] 864 SSID TITLE XVI       [ ] 850 SECURITIES/
[ ] 160 STOCKHOLDERS                                                              [ ] 720 LABOR/MGMT       [ ] 865 RSI (405(g))                 COMMODITIES/
        SUITS                                        **PRISONER PETITIONS**               RELATIONS                                             EXCHANGE
[ ] 190 OTHER                                        [ ] 463 ALIEN DETAINEE       [ ] 740 RAILWAY LABOR ACT                             [ ] 890 OTHER STATUTORY
        CONTRACT                                     [ ] 510 MOTIONS TO          [ ] 751 FAMILY MEDICAL   **FEDERAL TAX SUITS**                ACTIONS
[ ] 195 CONTRACT           **ACTIONS UNDER STATUTES**     VACATE SENTENCE         LEAVE ACT (FMLA)                                      [ ] 891 AGRICULTURAL ACTS
        PRODUCT                                              28 USC 2255                                   [ ] 870 TAXES (U.S. Plaintiff or  [ ] 893 ENVIRONMENTAL
        LIABILITY          **CIVIL RIGHTS**          [ ] 530 HABEAS CORPUS       [ ] 790 OTHER LABOR              Defendant)                    MATTERS
[ ] 196 FRANCHISE                                    [ ] 535 DEATH PENALTY               LITIGATION        [ ] 871 IRS-THIRD PARTY      [ ] 895 FREEDOM OF
                           [ ] 440 OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER   [ ] 791 EMPL RET INC              26 USC 7609                  INFORMATION ACT
                                   (Non-Prisoner)                                         SECURITY ACT (ERISA)                          [ ] 896 ARBITRATION
**REAL PROPERTY**          [ ] 441 VOTING                                                                                               [ ] 899 ADMINISTRATIVE
                           [ ] 442 EMPLOYMENT                                    **IMMIGRATION**                                                PROCEDURE ACT/REVIEW OR
[ ] 210 LAND               [ ] 443 HOUSING/          **PRISONER CIVIL RIGHTS**                                                                  APPEAL OF AGENCY DECISION
        CONDEMNATION               ACCOMMODATIONS                                [ ] 462 NATURALIZATION
[ ] 220 FORECLOSURE        [ ] 445 AMERICANS WITH    [ ] 550 CIVIL RIGHTS                APPLICATION                                    [ ] 950 CONSTITUTIONALITY OF
[ ] 230 RENT LEASE &               DISABILITIES -    [ ] 555 PRISON CONDITION    [ ] 465 OTHER IMMIGRATION                                     STATE STATUTES
        EJECTMENT                  EMPLOYMENT        [ ] 560 CIVIL DETAINEE              ACTIONS
[ ] 240 TORTS TO LAND      [ ] 446 AMERICANS WITH            CONDITIONS OF CONFINEMENT
[ ] 245 TORT PRODUCT               DISABILITIES -OTHER
        LIABILITY          [ ] 448 EDUCATION
[ ] 290 ALL OTHER
        REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____  OTHER _____    JUDGE _____ DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [ ] NO            NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)*     **ORIGIN**

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
  - [ ] a. all parties represented
  - [ ] b. At least one party is pro se.
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation (Transferred)
- [ ] 7 Appeal to District Judge from Magistrate Judge
- [ ] 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)*     **BASIS OF JURISDICTION**     *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [ ] 4 DIVERSITY

### CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

### COURTHOUSE ASSIGNMENT

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [ ] MANHATTAN

DATE     SIGNATURE OF ATTORNEY OF RECORD     ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)

RECEIPT #     Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)