AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  for the Southern District of New York  on the following

**1.** ☒ Trademarks or ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| **2.** DOCKET NO.<br>1:22-CV-6172 | **3.** DATE FILED<br>7/20/2022 | **4.** U.S. DISTRICT COURT 500 Pearl Street, NY NY 10007<br>Southern District of New York |
|---|---|---|
| **5.** PLAINTIFF<br><br>Warren Hamilton, Jr. | | **6.** DEFENDANT<br><br>Daniel Hernandez et al. |

| | **7.** PATENT OR TRADEMARK NO. | **8.** DATE OF PATENT OR TRADEMARK | **9.** HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | Trademark Reg. 4628568 | October 28, 2014 | Warren Hamilton, Jr. |
| 2 | Trademark SN:90800431 | Pending Registration | Warren Hamilton Jr. |
| 3 | Trademark SN: 88808682 | Pending Registration | Daniel Hernandez |
| 4 | | | |
| 5 | | | |

**Steps to fill out a PATENT or TRADEMARK Form:**

*The red number for each step connects with the red number step on the form

1. Determine whether this is a TRADEMARK or a PATENT case by selecting the check off box it relates to

2. DOCKET NO.: enter the case number you are filing on behalf of, e.g., 01cv1234 (SHS)

3. DATE FILED: enter the date the complaint is filed

4. ENTER U.S. DISTRICT COURT LOCATION: Southern District of New York

5. PLAINTIFF: Enter the name of the Plaintiff. If multiple Plaintiffs add "et al." after the first named Plaintiff

6. DEFENDANT: Enter the name of the Defendant. If multiple Defendants add "et al." after the first named Defendant

7. PATENT OR TRADEMARK NO.: enter in the patent or trademark no., e.g., 3,577,734

8. DATE OF PATENT OR TRADEMARK: enter the date that the patent or was registered

9. HOLDER OF PATENT OR TRADEMARK: name the person or business holder

**If including new patent numbers, fill in the second section, as follows:**

**10.** DATE INCLUDED: enter the date the additional patent or trademark were includeded in the case.

**11.** INCLUDED BY: select the check off box which this form relates to – Amendment, Answer, Cross Bill or Other Pleading

**12.** PATENT OR TRADEMARK NO.: enter in the patent or trademark no., e.g., 3,577,734

**13.** DATE OF PATENT OR TRADEMARK: enter the date that patent/trademark was registered

**14.** HOLDER OF PATENT OR TRADEMARK: name the person(s) or business holder

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| **10.** DATE INCLUDED | **11.** INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **12.** PATENT OR TRADEMARK NO. | **13.** DATE OF PATENT OR TRADEMARK | **14.** HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

CLERK                            (BY) DEPUTY CLERK                            DATE

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**