# LANCARTE LAW, P.L.L.C.

*Create, Inspire, and Let Us Take Care of the Details.*™

August 4, 2022

Honorable Judge Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*via ECF e-file*
cc: *Torres_NYSDChambers@nysd.uscourts.gov*

Re:   *Hamilton v. Hernandez et al*, Case No. 1:22-CV-06172-AT
       Follow-up on Motion & Order to Appear Pro Hac Vice

Dear Judge Torres:

On July 20, 2022, I submitted Plaintiff's Original Complaint in the above referenced action along with my motion to appear pro hac vice for Plaintiff Warren Hamilton, Jr., an affidavit in support of said motion with certificates of good standing, a proposed order on said motion, and the applicable filing fee payments.

On July 21, 2022, an electronic notice was issued regarding my pro hac vice motion, noting that filing fee had been paid and that the said motion and supporting papers had been reviewed and there were no deficiencies.

But the Court has not signed the proposed order or formally stated whether my motion to appear pro hac vice has been granted.

Accordingly, I write to request that the Court, please issue an order granting my motion to appear pro hac vice, so that I can represent the Plaintiff, submit requests for the necessary issuances of summons on the Defendants, and further comply with the Court's Orders from today, which request that Plaintiff's counsel immediately send a copy of the Initial Pre-trial Scheduling Order and the Court's Individual Practices to all parties with a further requested follow-up of a jointly proposed Case Management Plan and Scheduling Order by September 19, 2022.

Respectfully Submitted,

*[signature]*

David Chase LanCarte
LanCarte Law, PLLC
2817 West End Ave., Suite 126-276
Nashville, Tennessee 37203
Tel: 214-935-2430
Fax: 214-934-2450
chase@lancartelaw.com

**ATTORNEY FOR PLAINTIFF
WARREN HAMILTON, JR.**