AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-CV-06172-AT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* UMG Recordings, Inc.
was received by me on *(date)* 8/23/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ROBIN HUTT-BANKS, MANAGING AGENT , who is 23RD AUGUST
designated by law to accept service of process on behalf of *(name of organization)* UMG RECORDINGS, INC.
C/O THE CORPORATION TRUST CO 1209 ORANGE STREET
WILMINGTON, DE 19801 as REGISTERED AGENT    on *(date)* 8/23/2022 AT 2:45 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 8/23/2022

*Server's signature*

GILBERT DEL VALLE
BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360 WILMINGTON, DE 19899
302-475-2600

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: