AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-06172-AT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TenThousand Projects, LLC

was received by me on *(date)* 08/23/2022 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jennifer Lee, Authorized Agent for Service, who is designated by law to accept service of process on behalf of *(name of organization)* Registered Agent Eresidentagent, Inc on *(date)* 08/24/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 60.00 for travel and $ _____ for services, for a total of $ 60.00 .

I declare under penalty of perjury that this information is true.

Date: 08/29/2022

*Server's signature*

Janice Rossner, Process Server
*Printed name and title*

3104 O Street, #230
Sacramento, CA 95816
*Server's address*

Additional information regarding attempted service, etc:

DOCUMENTS SERVED:
Summons; Plaintiff's Original Complaint; Civil Case Cover Sheet; Order;
Initial Pretrial Scheduling Order; Individual Practices in Civil Case Analisa Torres, United States District Judge, Souhtern District of New York