```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARREN HAMILTON, JR.,

           Plaintiff,

-against-

DANIEL HERNANDEZ, TENTHOUSAND PROJECTS, LLC, and UMG RECORDINGS, INC,

           Defendants.

22 Civ. 6172 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's letter dated September 7, 2022.  ECF No. 21.  Accordingly, Plaintiff's requests are GRANTED in part, and DENIED in part.  The September 19, 2022, deadline for the parties to submit their joint letter and proposed case management plan is ADJOURNED *sine die*.  By **September 22, 2022**, Plaintiff shall submit a letter detailing his efforts to serve Defendant Hernandez.  By **October 15, 2022**, Defendants TenThousand Projects, LLC, and UMG Recordings, Inc., shall respond to Plaintiff's complaint.

    The Clerk of Court is directed to terminate the motion at ECF No. 21.

    SO ORDERED.

Dated: September 8, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge