# EXHIBIT

# W

**Query**   **Reports**   **Utilities**   **Help**   **Log Out**

**1:20-cv-10836-JPC-JW** Wonzer et al v. Hernandez
John P. Cronan, presiding
Jennifer E Willis, referral
**Date filed:** 12/22/2020
**Date of last filing:** 04/21/2022

## Attorneys

**Matthew G. DeOreo**
Tacopina, Seigel & Turano, P.C.
275 Madison Avenue, 35 Floor
Ste 35th Floor
New York, NY 10005
212-227-8877
212-619-1028 (fax)
mdeoreo@tacopinalaw.com
 Assigned: 12/22/2020
 ATTORNEY TO BE NOTICED

representing    **Kevin Dozier**
*(Plaintiff)*

**Seketha Wonzer**
*(Plaintiff)*

**Robert Stephen Meloni**
Meloni & McCaffrey, P.C.
3 Columbus Circle, 15th Floor
New york, NY 10019
(212)520-6090
(800)659-3985 (fax)
rmeloni@m2lawgroup.com
 Assigned: 06/08/2021
 LEAD ATTORNEY
 ATTORNEY TO BE NOTICED

representing    **Daniel Hernandez**
*(Defendant)*

| PACER Service Center | |||
|---|---|---|---|
| **Transaction Receipt** | |||
| 06/05/2022 18:00:45 | |||
| **PACER Login:** | lancartelaw | **Client Code:** | |
| **Description:** | Attorney List | **Search Criteria:** | 1:20-cv-10836-JPC-JW |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |