# EXHIBIT X

**Screen shot of Hernandez's of Instagram Post from July 11, 2022**



10:05

< **6IX9INE**
Posts                                   Follow

**6ix9ine** ✓
Istanbul, Turkey



6,926,637 views • Liked by **norman.jacob**

**6ix9ine** THE BEST IN THE WORLD. You can't stop what GOD has planned for someone. 15,000 sold out show Istanbul Turkey. 500,000$ for 40 minutes. All around the world I'm loved and known in every part. You guys need festivals to have big stages, only known in America. It needs to be 20 artist performing for people to show up. Don't @ me argue with ur self.

View all 19,111 comments