# EXHIBIT Y

**Screen shot of Hernandez's of Instagram Post from July 25, 2022**

