# EXHIBIT Z

**Screen shot of Hernandez's of Instagram Post from July 30, 2022**



870,565 likes

**6ix9ine** I couldn't hand out money because it was to chaotic I needed an escape route. lol no I'm joking BRAZIL I LOVE YOU! YOU ARE A BEAUTIFUL COUNTRY, IN THE MOST DANGEROUS FAVELA I FELT THE MOST SAFE 💚💛 Obrigado Brazil, Deus abençoe vocês!🇧🇷💚💛





870,565 likes

**6ix9ine** I couldn't hand out money because it was to chaotic I needed an escape route. lol no I'm joking BRAZIL I LOVE YOU! YOU ARE A BEAUTIFUL COUNTRY, IN THE MOST DANGEROUS FAVELA I FELT THE MOST SAFE 💚💛 Obrigado Brazil, Deus abençoe vocês!🇧🇷💚💛

View all 19,486 comments