# EXHIBIT AA

**Screen shots of Hernandez's of Instagram Post from September 19, 2022**









