# EXHIBIT BB

**From:** **Dawn M. Florio** dawnmflorio@yahoo.com
**Subject:** Daniel Hernandez
**Date:** September 20, 2022 at 12:30 PM
**To:** chase@lancartelaw.com



Afternoon;

Hope you are well.

Dawn M. Florio, a criminal attorney, received Civil paperwork from Southern District of New York on:

Warren Hamilton, Jr.
v
Daniel Hernandez
TenThousand Projects, LLC and
UMG Recordings, Inc.

Unfortunately, we do not represent Mr. Hernandez.  Also, we have no contact information for Mr. Hernandez or anyone who may represent him since departing from his legal team back in 2019.

I apologize for any inconvenience this may cause.  I will mail these documents back to your office.

Thank you and have a wonderful day.

Wendy Bauza, Assistant
Dawn M. Florio, Esq
Dawn M. Florio Law Firm PLLC
(212) 939-9539 Tel
(646) 207-8724 Office Cell
(646) 210-5373 DF Cell
(347) 398-8062 Fax

The information contained in this electronic mail message, including any attachments hereto, is privileged and confidential and is intended only for the use of the individual named above and others who have been specifically authorized to receive such information.  If the receiver is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.