

September 22, 2022

Honorable Judge Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*via ECF e-file*
cc: Torres_NYSDChambers@nysd.uscourts.gov

Re:   *Hamilton v. Hernandez et al*, Case No. 1:22-CV-06172-AT
Explanation for multiple filings of Letter to the Court dated September 22, 2022 detailing Plaintiff's efforts to serve Defendant Hernandez

Dear Judge Torres:

I apologize to the Court for the multiple filings made today of my letter to you detailing Plaintiff's efforts to serve Defendant Hernandez. *See* ECF Docs 23-27. I have used the Court's ECF website many times before without any problems. But today, the Court's ECF website kept crashing on me each time I would try to upload the applicable documents that I had prepared.

I called and spoke with the Court's ECF help desk for assistance with the upload to no avail. I confirmed that each one of my files was less than 10 MB and in PDF form as the ECF help desk recommended. I also even tried using the Firefox web browser as the Court's ECF help desk recommended, but I still could not get the system to accept all the files in a single filing.

The Court's ECF system would sometimes crash on me even when I tried to just upload one or two of the files. My computer browsers told me that it was issue on the Court's server side.

As a result, I was forced to make multiple filing of my detailed status letter on Plaintiff's efforts to serve Defendant Hernandez, which appear on ECF Doc 23-27, because I could not get all the exhibits to upload in a single filing.

There are 29 total exhibits (marked Exhibits A-CC) that are referenced in my status letter that explain and support Plaintiff's efforts to date to try and locate Defendant Hernandez.

For your quick reference, the following exhibits appear within the noted main document ECF filings:

- Doc 23: Exhibits A-L;
- Doc 24: Exhibits M-R;
- Doc 25: Exhibits S-V;

2817 West End Avenue, Suite 126-276, Nashville, TN 37203
chase@lancartelaw.com   •   615-850-7990   •   www.lancartelaw.com

Letter to the Court                                                                                                   Page 2
September 22, 2022

- Doc 26: Exhibits W-Z; and
- Doc 27: Exhibits AA-CC

    Again, my apologize for the multiple filings of my status letter, but it was the only way I could get the all the exhibits submitted in the mists of the Court's ECF system constantly crashing on me.

Respectfully submitted,

David Chase LanCarte
LanCarte Law, PLLC
2817 West End Ave., Suite 126-276
Nashville, Tennessee 37203
Tel: 214-935-2430
Fax: 214-935-2450
chase@lancartelaw.com

**ATTORNEY FOR PLAINTIFF
WARREN HAMILTON, JR.**