```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARREN HAMILTON, JR.,

        Plaintiff,

-against-

DANIEL HERNANDEZ, TENTHOUSAND PROJECTS, LLC, and UMG RECORDINGS, INC,

        Defendants.

22 Civ. 6172 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's letter dated September 22, 2022. ECF No. 23. Accordingly, Plaintiff shall file his motion for alternative service by **October 21, 2022**.

    SO ORDERED.

Dated: September 23, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge