UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WARREN HAMILTON, JR., | § § | Case No. 1:22-CV-06172-AT |
| *Plaintiff,* | § § | |
| v. | § § | Judge Analisa Torres |
| DANIEL HERNANDEZ, TENTHOUSAND PROJECTS, LLC, and UMG RECORDINGS, INC. | § § § § | DEMAND FOR TRAIL BY JURY |
| *Defendants.* | § § | |

## NOTICE OF
## PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE

**PLEASE TAKE NOTICE** that as previously mentioned in Plaintiff's Letter to the Court dated September 22, 2022, detailing Plaintiff's efforts to serve Defendant Hernandez (ECF Docs 23-27) and in accordance with the Court's order on September 23, 2022 (ECF Doc 29), Plaintiff hereby motions this Court pursuant to Fed. R. Civ. P. 4(e) and New York C.P.L.R. § 308(5) for the Court to issue an Order granting Plaintiff leave to serve process upon Defendant Daniel Hernandez by personally serving his current counsel Robert Meloni, Esq. with such other and further relief as the Court deems just and proper.

Respectfully submitted,

_____
David Chase LanCarte
LanCarte Law, PLLC
2817 West End Ave., Suite 126-276
Nashville, Tennessee 37203

                                        Tel: 214-935-2430
                                        Fax: 214-935-2450
                                        chase@lancartelaw.com

                                  **ATTORNEY FOR PLAINTIFF**
                                  **WARREN HAMILTON, JR.**

## CERTIFICATE OF SERVICE

On this 23st day of September, 2022, I do hereby certify that I have forwarded by U.S. mail a true and correct copy of the above and foregoing pleading to:

Mr. Daniel Hernandez
Attn: Mr. Robert Meloni, Esq.
c/o Meloni & McCaffery, APC
3 Columbus Circle – 15th Floor
New York, NY 10019

                                          _____
                                          David Chase LanCarte