UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARREN HAMILTON, JR., § § § *Plaintiff,* § § v. § § DANIEL HERNANDEZ, § TENTHOUSAND PROJECTS, LLC, and § UMG RECORDINGS, INC. § § *Defendants.* § § | Case No. 1:22-CV-06172-AT Judge Analisa Torres DEMAND FOR TRAIL BY JURY |

**ORDER ON
PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

On September 23, 2022, Plaintiff filed a motion pursuant to Rule 4(e) of the Federal Rules of Civil Procedure and New York C.P.L.R. section 308(5), seeking leave to serve process on Defendant Daniel Hernandez by personally serving his current counsel, Robert Meloni, who office address is 3 Columbus Circle -15th Floor, New York, NY 10019 or wherever Mr. Meloni may be found.

Plaintiff's said motion is GRANTED. For the reasons stated in the motion, the Court finds that service upon Defendant Hernandez by conventional means is impracticable and that service upon Defendant's counsel is reasonably calculated to provide Defendant with notice of this lawsuit. The Clerk of the Court is directed to issue a new summons for Daniel Hernandez to be served by and through Robert Meloni.

SO ORDERED.

Date: _____

_____
Judge Analisa Torres

Respectfully submitted,

_____
David Chase LanCarte
LanCarte Law, PLLC
2817 West End Ave., Suite 126-276
Nashville, Tennessee 37203
Tel: 214-935-2430
Fax: 214-935-2450
chase@lancartelaw.com

**ATTORNEY FOR PLAINTIFF
WARREN HAMILTON, JR.**

## CERTIFICATE OF SERVICE

On this 23st day of September, 2022, I do hereby certify that I have forwarded by U.S. mail a true and correct copy of the above and foregoing pleading to:

Mr. Daniel Hernandez
Attn: Mr. Robert Meloni, Esq.
c/o Meloni & McCaffery, APC
3 Columbus Circle – 15th Floor
New York, NY 10019

_____
David Chase LanCarte