UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WARREN HAMILTON, JR., | § § | |
| *Plaintiff,* | § § | Case No. 1:22-CV-06172-AT |
| | § § | |
| v. | § § | Judge Analisa Torres |
| | § § | |
| DANIEL HERNANDEZ, | § § | |
| TENTHOUSAND PROJECTS, LLC, and | § § | DEMAND FOR TRAIL BY JURY |
| UMG RECORDINGS, INC. | § § | |
| | § § | |
| *Defendants.* | § | |

## NOTICE OF
## PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE

**PLEASE TAKE NOTICE** that as previously mentioned in Plaintiff's Letter to the Court dated September 22, 2022, detailing Plaintiff's efforts to serve Defendant Hernandez (ECF Docs 23-27) and in accordance with the Court's order on September 23, 2022 (ECF Doc 29), Plaintiff hereby motions this Court pursuant to Fed. R. Civ. P. 4(e) and New York C.P.L.R. § 308(5) for the Court to issue an Order granting Plaintiff leave to serve process upon Defendant Daniel Hernandez by personally serving his current counsel Robert Meloni, Esq. with such other and further relief as the Court deems just and proper.

Respectfully submitted,

_____
David Chase LanCarte
LanCarte Law, PLLC
2817 West End Ave., Suite 126-276
Nashville, Tennessee 37203

1

Tel: 214-935-2430
Fax: 214-935-2450
chase@lancartelaw.com

**ATTORNEY FOR PLAINTIFF
WARREN HAMILTON, JR.**

## CERTIFICATE OF SERVICE

On this 23st day of September, 2022, I do hereby certify that I have forwarded by U.S. mail a true and correct copy of the above and foregoing pleading to:

Mr. Daniel Hernandez
Attn: Mr. Robert Meloni, Esq.
c/o Meloni & McCaffery, APC
3 Columbus Circle – 15th Floor
New York, NY 10019

_____
David Chase LanCarte