**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| WARREN HAMILTON, JR., | § § § | Case No. 1:22-CV-06172-AT |
| Plaintiff, | § § § § | **CONSENT TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | § § | |
| DANIEL HERNANDEZ, 6IX9INE ENTERTAINMENT, INC., TENTHOUSAND PROJECTS, LLC, and UMG RECORDINGS, INC. | § § § § | **DEMAND FOR TRAIL BY JURY** |
| Defendants. | § § | |

The undersigned counsel for the defendant parties that have already been served in this present action hereby give consent for the filing of Plaintiff's First Amended Complaint [ECF Doc 37] on October 13, 2022.

Timothy Matson, Esq.
Philip Z. Langer, Esq.
Fox Rothschild, LLP
101 Park Avenue, Suite 170
New York, NY 10178
Tel: 612-607-7064
Fax: 612-607-7100
tmatson@foxrothschild.com
planger@foxrothschild.com
**Attorneys for Defendant TenThousand Projects, LLC**

JoAn Cho, Esq.
Vice President – Litigation Counsel
Universal Music Group

2220 Colorado Ave.
Santa Monica, CA 90404
310-865-3629
310-865-1791
JoAn.Cho@umusic.com
**Attorney for Defendant UMG Recordings, Inc.**