UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARREN HAMILTON, JR., § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> DANIEL HERNANDEZ, § <br> 6IX9INE ENTERTAINMENT, INC., § <br> TENTHOUSAND PROJECTS, LLC, and § <br> UMG RECORDINGS, INC. § <br> § <br> *Defendants.* § | Case No. 1:22-CV-06172-AT <br><br> Judge Analisa Torres <br><br> DEMAND FOR TRAIL BY JURY |

NOTICE OF
PLAINTIFF'S AMENDED MOTION FOR ALTERNATIVE SERVICE

**PLEASE TAKE NOTICE** that as previously mentioned in Plaintiff's Letter to the Court dated September 22, 2022, detailing Plaintiff's efforts to serve Defendant Hernandez (ECF Docs 23-27) and in accordance with the Court's order on September 23, 2022 (ECF Doc 29), Plaintiff hereby files this amended motion with the Court pursuant to Fed. R. Civ. P. 4(e) and New York C.P.L.R. § 308(5), requesting the Court issue an Order granting Plaintiff leave to serve process upon Defendant Daniel Hernandez by personally serving his current United States Probation Officer Sandra A. Osman with such other and further relief as the Court deems just and proper.

Dated: October 15, 2022                    Respectfully submitted,

                                                                   _____
                                                                   David Chase LanCarte

>LanCarte Law, PLLC
>2817 West End Ave., Suite 126-276
>Nashville, Tennessee 37203
>Tel: 214-935-2430
>Fax: 214-935-2450
>chase@lancartelaw.com
>
>**ATTORNEY FOR PLAINTIFF**
>**WARREN HAMILTON, JR.**

## CERTIFICATE OF SERVICE

I do hereby certify that I have forwarded a true and correct copy of the above and foregoing pleading in this cause to all counsel of record on this 15th day of October, 2022 by electronic filing or U.S. mail or email.

Timothy Matson, Esq.
Philip Z. Langer, Esq.
Fox Rothschild, LLP
101 Park Avenue, Suite 170
New York, NY 10178
Tel: 612-607-7064
Fax: 612-607-7100
tmatson@foxrothschild.com
planger@foxrothschild.com
**Attorneys for Defendant TenThousand Projects, LLC**

JoAn Cho, Esq.
Vice President – Litigation Counsel
Universal Music Group
2220 Colorado Ave.
Santa Monica, CA 90404
310-865-3629
310-865-1791
JoAn.Cho@umusic.com
**Attorney for Defendant UMG Recordings, Inc.**

_____
David Chase LanCarte