# UNITED STATES DISRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARREN HAMILTON, JR., § § § *Plaintiff,* § § v. § § DANIEL HERNANDEZ, § TENTHOUSAND PROJECTS, LLC, and § UMG RECORDINGS, INC. § § *Defendants.* § | Case No. 1:22-CV-06172-AT<br><br>Judge Analisa Torres<br><br>DEMAND FOR TRAIL BY JURY |

## ORDER ON
## PLAINTIFF'S AMENDED MOTION FOR ALTERNATIVE SERVICE

On October 15, 2022, Plaintiff filed his amended motion pursuant to Rule 4(e) of the Federal Rules of Civil Procedure and New York C.P.L.R. section 308(5), seeking leave to serve process on Defendant Daniel Hernandez by personally serving Defendant Hernandez's current probation officer, United States Probation Officer Sandra A Osman for the Southern District of New York.

Plaintiff's said motion is GRANTED. For the reasons stated in the amended motion, the Court finds that service upon Defendant Hernandez by conventional means is impracticable and that service upon United States Probation Officer Sandra A Osman is reasonably calculated to provide Defendant with notice of this lawsuit. The Clerk of the Court is directed to issue a new summons for Daniel Hernandez to be served by and through United States Probation Officer Sandra A Osman, and upon such service, United States Probation Officer Sandra A. Osman is ordered to immediately contact Defendant Hernandez and inform Defendant Hernandez of this present action and forward Defendant Hernandez the service pleadings and documents served.

SO ORDERED.

Date: _____

Judge Analisa Torres

Respectfully submitted,

_____
David Chase LanCarte
LanCarte Law, PLLC
2817 West End Ave., Suite 126-276
Nashville, Tennessee 37203
Tel: 214-935-2430
Fax: 214-935-2450
chase@lancartelaw.com

**ATTORNEY FOR PLAINTIFF
WARREN HAMILTON, JR.**

## CERTIFICATE OF SERVICE

On this 15th day of September, 2022, I do hereby certify that I have forwarded by U.S. mail a true and correct copy of the above and foregoing pleading to:

Timothy Matson, Esq.
Philip Z. Langer, Esq.
Fox Rothschild, LLP
101 Park Avenue, Suite 170
New York, NY 10178
Tel: 612-607-7064
Fax: 612-607-7100
tmatson@foxrothschild.com
planger@foxrothschild.com
**Attorneys for Defendant TenThousand Projects, LLC**

JoAn Cho, Esq.
Vice President – Litigation Counsel
Universal Music Group
2220 Colorado Ave.
Santa Monica, CA 90404
310-865-3629
310-865-1791
JoAn.Cho@umusic.com
**Attorney for Defendant UMG Recordings, Inc.**

_____
David Chase LanCarte