## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WARREN HAMILTON, JR., | § | Case No. 1:22-CV-06172-AT |
| | § | |
| *Plaintiff,* | § | |
| | § | **CONSENT TO FILE** |
| | § | **PLAINTIFF'S** |
| | § | **FIRST AMENDED COMPLAINT** |
| v. | § | |
| | § | |
| DANIEL HERNANDEZ, | § | |
| 6IX9INE ENTERTAINMENT, INC., | § | |
| TENTHOUSAND PROJECTS, LLC, and | § | **DEMAND FOR TRAIL BY JURY** |
| UMG RECORDINGS, INC. | § | |
| | § | |
| *Defendants.* | § | |

COMES NOW, Plaintiff Warren Hamilton, Jr., by and through counsel, and files the attached Exhibit A to Plaintiff's First Amended Complaint [ECF Doc 37], evidencing that consent was obtained from opposing counsel for defendant parties TenThousand Projects, LLC and UMG Recordings, Inc., who have already been served in the present action.

Respectfully Submitted,

David Chase LanCarte
LanCarte Law, PLLC
2817 West End Ave., Suite 126-276
Nashville, Tennessee 37203
Tel: 214-935-2430
Fax: 214-935-2450
chase@lancartelaw.com

**ATTORNEY FOR PLAINTIFF**
**WARREN HAMILTON, JR.**

## CERTIFICATE OF SERVICE

I do hereby certify that I have forwarded a true and correct copy of the above and foregoing pleading in this cause to all counsel of record on this 17th day of October, 2022 by electronic filing or U.S. mail or email.

Timothy Matson, Esq.
Philip Z. Langer, Esq.
Fox Rothschild, LLP
101 Park Avenue, Suite 170
New York, NY 10178
Tel: 612-607-7064
Fax: 612-607-7100
tmatson@foxrothschild.com
planger@foxrothschild.com
**Attorneys for Defendant TenThousand Projects, LLC**

JoAn Cho, Esq.
Vice President – Litigation Counsel
Universal Music Group
2220 Colorado Ave.
Santa Monica, CA 90404
310-865-3629
310-865-1791
JoAn.Cho@umusic.com
**Attorney for Defendant UMG Recordings, Inc.**

_____
David Chase LanCarte

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

WARREN HAMILTON, JR.,                    §
                                         §    Case No. 1:22-CV-06172-AT
                  *Plaintiff,*           §
                                         §    **CONSENT TO FILE**
                                         §    **PLAINTIFF'S**
                                         §    **FIRST AMENDED COMPLAINT**
                  v.                     §
                                         §
DANIEL HERNANDEZ,                        §
6IX9INE ENTERTAINMENT, INC.,             §
TENTHOUSAND PROJECTS, LLC, and           §    **DEMAND FOR TRAIL BY JURY**
UMG RECORDINGS, INC.                     §
                                         §
                  *Defendants.*          §

        The undersigned counsel for the defendant parties that have already been served in this present action hereby give consent for the filing of Plaintiff's First Amended Complaint [ECF Doc 37] on October 13, 2022.

Timothy Matson, Esq.
Philip Z. Langer, Esq.
Fox Rothschild, LLP
101 Park Avenue, Suite 170
New York, NY 10178
Tel: 612-607-7064
Fax: 612-607-7100
tmatson@foxrothschild.com
planger@foxrothschild.com
**Attorneys for Defendant TenThousand Projects, LLC**

JoAn Cho, Esq.
Vice President – Litigation Counsel
Universal Music Group

# EXHIBIT A

2220 Colorado Ave.
Santa Monica, CA 90404
310-865-3629
310-865-1791
JoAn.Cho@umusic.com
**Attorney for Defendant UMG Recordings, Inc.**