IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

WARREN HAMILTON, JR.,

          Plaintiff,

    -against-

DANIEL HERNANDEZ, 6IX9INE
ENTERTAINMENT, INC., TENTHOUSAND
PROJECTS, LLC, and UMG RECORDINGS, INC.

          Defendants.

Case No. 1:22-CV-06172-AT

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that the undersigned appears as attorney for Defendant UMG

Recordings, Inc., herein, and requests that copies of all papers in this action be served on him at

the address stated below.

Date: October 18, 2022

                    Respectfully submitted,

                    By:/s/ Richard S. Mandel
                    Richard S. Mandel (rsm@cll.com)
                    Cowan, Liebowitz & Latman, P.C.
                    114 West 47th Street
                    New York, New York 10036
                    Tel:    (212) 790-9200
                    Fax:    (212) 575-0671

                    *Counsel for Defendant UMG Recordings, Inc.*