AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Warren Hamilton, Jr. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-06172-AT |
| Daniel Hernandez, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Tenthousand Projects, LLC.

Date: 10/18/2022

/s/ Philip Langer
*Attorney's signature*

Philip Langer (PL-1292)
*Printed name and bar number*

Fox Rothschild LLP
101 Park Avenue, 17th Floor
New York, New York 10178
*Address*

planger@foxrothschild.com
*E-mail address*

(212) 878-1436
*Telephone number*

(212) 692-0940
*FAX number*

Print    Save As...    Reset