UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARREN HAMILTON, JR., §<br>§<br>*Plaintiff,* §<br>§<br>§<br>§<br>v. §<br>§<br>DANIEL HERNANDEZ, §<br>6IX9INE ENTERTAINMENT, INC., §<br>TENTHOUSAND PROJECTS, LLC, and §<br>UMG RECORDINGS, INC. §<br>§<br>*Defendants.* § | Case No. 1:22-CV-06172-AT<br><br>**CONSENT TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR TRIAL BY JURY** |

COMES NOW, Plaintiff Warren Hamilton, Jr., by and through counsel, and files the attached Exhibit A to Plaintiff's First Amended Complaint [ECF Doc 37], evidencing that consent was obtained from opposing counsel for defendant parties TenThousand Projects, LLC and UMG Recordings, Inc., who have already been served in the present action.

    Respectfully Submitted,

    _____
    David Chase LanCarte
    LanCarte Law, PLLC
    2817 West End Ave., Suite 126-276
    Nashville, Tennessee 37203
    Tel: 214-935-2430
    Fax: 214-935-2450
    chase@lancartelaw.com

    **ATTORNEY FOR PLAINTIFF
    WARREN HAMILTON, JR.**

## CERTIFICATE OF SERVICE

I do hereby certify that I have forwarded a true and correct copy of the above and foregoing pleading in this cause to all counsel of record on this 18th day of October, 2022 by electronic filing or U.S. mail or email.

Timothy Matson, Esq.
Philip Z. Langer, Esq.
Fox Rothschild, LLP
101 Park Avenue, Suite 170
New York, NY 10178
Tel: 612-607-7064
Fax: 612-607-7100
tmatson@foxrothschild.com
planger@foxrothschild.com
**Attorneys for Defendant TenThousand Projects, LLC**

Richard S. Mandel, Esq.
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, New York 10036
Tel: 212-790-9200
Fax 212-575-0671
rsm@cll.com
**Attorney for Defendant UMG Recordings, Inc.**

_____
David Chase LanCarte

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WARREN HAMILTON, JR., | § § § | Case No. 1:22-CV-06172-AT |
| *Plaintiff,* | § § § | **CONSENT TO FILE PLAINTIFF'S** |
| | § § | **FIRST AMENDED COMPLAINT** |
| v. | § § | |
| DANIEL HERNANDEZ, 6IX9INE ENTERTAINMENT, INC., TENTHOUSAND PROJECTS, LLC, and UMG RECORDINGS, INC. | § § § § § | **DEMAND FOR TRAIL BY JURY** |
| *Defendants.* | § § | |

    The undersigned counsel for the defendant parties that have already been served in this present action hereby give consent for the filing of Plaintiff's First Amended Complaint [ECF Doc 37] on October 13, 2022.

_____
Timothy Matson, Esq.
Philip Z. Langer, Esq.
Fox Rothschild, LLP
101 Park Avenue, Suite 170
New York, NY 10178
Tel: 612-607-7064
Fax: 612-607-7100
tmatson@foxrothschild.com
planger@foxrothschild.com
**Attorneys for Defendant TenThousand Projects, LLC**

_____
Richard S. Mandel, Esq.
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street

# EXHIBIT A

New York, New York 10036
Tel: 212-790-9200
Fax 212-575-0671
rsm@cll.com
**Attorney for Defendant UMG Recordings, Inc.**