

October 18, 2022

Honorable Judge Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*via ECF e-file*
cc: Torres_NYSDChambers@nysd.uscourts.gov

Re:    *Hamilton v. Hernandez et al*, Case No. 1:22-CV-06172-AT
       Request to sign proposed order on the Court's decision to grant alternative service

Dear Judge Torres:

I represent Plaintiff Warren Hamilton Jr. in the above referenced case.

I note that on October 17, 2022, with regards to the Court's Order on Document Number 45, a docket text entry was entered on the ECF system, stating:

> ORDER granting [41] Motion to Serve; granting [44] Letter Motion for Extension of Time. GRANTED.

But the text of your order, on the face of Document Number 45, which is a copy of Plaintiff's letter motion for extension of time to serve Defendant Hernandez, merely states: "GRANTED. Plaintiff's deadline for serving Defendant is extended until December 18, 2022. SO ORDERED." There is no statement on the face of the order that states the Court also granted Plaintiff's amended motion for alternative service on Hernandez [Doc No 41].

Based on the docket text entry, Plaintiff understands that your honor has granted both motions. But with regards to your honor's decision to grant Plaintiff's Amended Motion for Alternative Service on Hernandez, your honor's decision to grant Plaintiff's Amended Motion for Alternative service is not clear on the face of the actual order [ECF Doc 45] that was signed.

Plaintiff had submitted his proposed order [ECF Doc 43] with the filing of Plaintiff's Amended Motion for Alternative Service.

Given that Defendant Hernandez will be alternatively serving Defendant Hernandez, I believe that having an order that specifically states on its face the Plaintiff may alternatively serve Defendant Hernandez by serving his probation officer would greatly assist the probation officer in understanding why she is being served and further inform Defendant Hernandez that such service is proper and in accordance with the Court's order.

2817 West End Avenue, Suite 126-276, Nashville, TN 37203
chase@lancartelaw.com   •   615-850-7990   •   www.lancartelaw.com

    Accordingly, before Plaintiff proceeds to alternatively serve Defendant Hernandez, Plaintiff respectfully requests that the Court sign the proposed order [ECF Doc 43], so that the Court's ruling to grant Plaintiff's amended motion for alternative service is understood to parties outside of the present proceedings.

Respectfully Submitted,

_____
David Chase LanCarte
LanCarte Law, PLLC
2817 West End Ave., Suite 126-276
Nashville, Tennessee 37203
Tel: 214-935-2430
Fax: 214-934-2450
chase@lancartelaw.com

**ATTORNEY FOR PLAINTIFF
WARREN HAMILTON, JR.**

Letter to the Court  Page 3
Date 10.18.2022

## CERTIFICATE OF SERVICE

I do hereby certify that I have forwarded a true and correct copy of the above and foregoing pleading in this cause to all counsel of record on this 18th day of October, 2022 by electronic filing or U.S. mail or email.

Timothy Matson, Esq.
Philip Z. Langer, Esq.
Fox Rothschild, LLP
101 Park Avenue, Suite 170
New York, NY 10178
Tel: 612-607-7064
Fax: 612-607-7100
tmatson@foxrothschild.com
planger@foxrothschild.com
**Attorneys for Defendant TenThousand Projects, LLC**

Richard S. Mandel, Esq.
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, New York 10036
Tel: 212-790-9200
Fax 212-575-0671
rsm@cll.com
**Attorney for Defendant UMG Recordings, Inc.**

David Chase LanCarte