UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARREN HAMILTON, JR.,

               Plaintiff,

-against-

DANIEL HERNANDEZ, TENTHOUSAND PROJECTS, LLC, UMG RECORDINGS, INC, and 6IX9INE ENTERTAINMENT, INC.,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2022

22 Civ. 6172 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's letter dated October 18, 2022. ECF No. 51. The Court issues this order to clarify its October 17, 2022 order. ECF No. 45. The Court's October 17, 2022 order granted Plaintiff's request for an extension of time to serve Defendant, ECF No. 44. It did not address Plaintiff's motion for alternative service dated October 15, 2022, ECF No. 41. A clerical error caused the docket text entry dated October 17, 2022, ECF No. 45, to inaccurately state that the October 17, 2022 order resolved Plaintiff's motion dated October 15, 2022. That error has been remedied. The Court shall resolve Plaintiff's outstanding motion, ECF No. 41, in due course.

    SO ORDERED.

Dated: October 19, 2022
         New York, New York

                                                  ANALISA TORRES
                                         United States District Judge