## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------   x
WARREN HAMILTON, JR.,                                             :
                                                                  :
                    Plaintiff,                                    :     Case No. 1:22-CV-06172-AT
                                                                  :
        v.                                                        :     RULE 7.1 STATEMENT
                                                                  :     OF DEFENDANT UMG
DANIEL HERNANDEZ, 6IX9INE                                         :     RECORDINGS, INC.
ETNERTAINMENT, INC., TENTHOUSAND                                  :
PROJECTS, LLC, and UMG RECORDINGS, INC.,                          :
                                                                  :
                    Defendants.                                   :
                                                                  :
-------------------------------------------------------------------   X
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of

record for Defendant UMG Recordings, Inc. ("UMG") certifies that UMG's parent companies

include Universal Music Group Holdings, Inc., a Delaware corporation, and Universal Music

Group, Inc., a Delaware corporation.  The ultimate parent of UMG is Universal Music Group,

N.V.

Dated:  New York, New York
       October 27, 2022

                      Respectfully submitted,

                      COWAN, LIEBOWITZ & LATMAN, P.C.

                      By:_____

                        Richard S. Mandel (rsm@cll.com)

                      114 West 47th Street
                      New York, New York 10036
                      Tel:    (212) 790-9200
                      Fax:   (212) 575-0671

                      *Counsel for Defendant UMG Recordings, Inc.*