UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARREN HAMILTON, JR., § § § *Plaintiff,* § v. § § DANIEL HERNANDEZ, § 6IX9INE ENTERTAINMENT, INC., § TENTHOUSAND PROJECTS, LLC, and § UMG RECORDINGS, INC. § § § *Defendants.* § | Case No. 1:22-CV-06172-AT Judge Analisa Torres DEMAND FOR TRIAL BY JURY |

NOTICE OF
PLAINTIFF'S ATTORNEY'S MOTION TO WITHDRAW
AS ATTORNEY OF RECORD

**PLEASE TAKE NOTICE** that Plaintiff's Attorney David Chase LanCarte, hereby motions this Court to allow him to withdraw as the attorney of record for Plaintiff Warren Hamilton, Jr. pursuant to Local Civil Rule 1.4. In support of such motion, Plaintiff's Attorney files a memorandum of law and his affidavit.

Dated: November 1, 2022

Respectfully submitted,

_____
David Chase LanCarte
LanCarte Law, PLLC
2817 West End Ave., Suite 126-276
Nashville, Tennessee 37203
Tel: 214-935-2430
Fax: 214-935-2450
chase@lancartelaw.com

ATTORNEY FOR PLAINTIFF
WARREN HAMILTON, JR.

**CERTIFICATE OF SERVICE**

This is to certify that on this 1st day of November, 2022, a true and correct copy of foregoing pleading has been served on Plaintiff Warren Hamilton, Jr. at warrenhamilton659@gmail.com.

This is to also certify that on this 1st day of November, 2022, a true and correct copy of the foregoing has been served on all opposing counsel of record for the other defendant parties through electronically through the electronic filing or email, namely:

Timothy Matson, Esq.
Philip Z. Langer, Esq.
Fox Rothschild, LLP
101 Park Avenue, Suite 170
New York, NY 10178
Tel: 612-607-7064
Fax: 612-607-7100
tmatson@foxrothschild.com
planger@foxrothschild.com
**Attorneys for Defendant TenThousand Projects, LLC**

Richard S. Mandel, Esq.
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, New York 10036
Tel: 212-790-9200
Fax 212-575-0671
rsm@cll.com
**Attorney for Defendant UMG Recordings, Inc.**

_____
David Chase LanCarte