UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WARREN HAMILTON, JR., | § § § § § § § § § § § § § § § § § | Case No. 1:22-CV-06172-AT  ORDER ON  PLAINTIFF'S ATTORNEY'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD |
| *Plaintiff,* | | |
| v. | | |
| DANIEL HERNANDEZ, 6IX9INE ENTERTAINMENT, INC., TENTHOUSAND PROJECTS, LLC, and UMG RECORDINGS, INC. | | |
| *Defendants.* | | |

The Court **GRANTS** Plaintiff's Attorney's Motion to Withdraw as the Attorney of Record for the reasons stated in Plaintiff's Attorney's said motion.

The Court **ORDERS** that Plaintiff's Attorney David Chase LanCarte is hereby withdrawn as attorney of record and counsel for Plaintiff in the above captioned case.

The Court **ORDERS** that all proceedings in this case are stayed for the next 30 days to allow Plaintiff Warren Hamilton, Jr. the opportunity to find and retain new counsel. Any new counsel retained by Plaintiff in the above captioned case is required to make a notice of appearance on or before December 1, 2022.

The Court **ORDERS** that clerk note that Plaintiff's contact information is as follows:

Warren Hamilton, Jr.
1235 Stoneybrook Drive
Conway, SC 29526
Warrenhamilton659@gmail.com
Tel: 843-653-1494

Dated: _____          _____
                                                                  United States District Judge
                                                                  Analisa Torres

Respectfully submitted,

_____
David Chase LanCarte
LanCarte Law, PLLC
2817 West End Ave., Suite 126-276
Nashville, Tennessee 37203
Tel: 214-935-2430
Fax: 214-935-2450
chase@lancartelaw.com

**ATTORNEY FOR PLAINTIFF
WARREN HAMILTON, JR.**

## CERTIFICATE OF SERVICE

This is to certify that on this 1st day of November, 2022, a true and correct copy of foregoing pleading has been served on Plaintiff Warren Hamilton, Jr. at warrenhamilton659@gmail.com.

This is to also certify that on this 1st day of November, 2022, a true and correct copy of the foregoing has been served on all opposing counsel of record for the other defendant parties through electronically through the electronic filing or email, namely:

Timothy Matson, Esq.
Philip Z. Langer, Esq.
Fox Rothschild, LLP
101 Park Avenue, Suite 170
New York, NY 10178
Tel: 612-607-7064
Fax: 612-607-7100
tmatson@foxrothschild.com
planger@foxrothschild.com
**Attorneys for Defendant TenThousand Projects, LLC**

Richard S. Mandel, Esq.
Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, New York 10036
Tel: 212-790-9200
Fax 212-575-0671
rsm@cll.com
**Attorney for Defendant UMG Recordings, Inc.**

_____
David Chase LanCarte