UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WARREN HAMILTON, JR.,

                Plaintiff,

-against-

DANIEL HERNANDEZ, TENTHOUSAND PROJECTS, LLC, UMG RECORDINGS, INC, and 6IX9INE ENTERTAINMENT, INC.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/4/2022
```

22 Civ. 6172 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the motion dated November 1, 2022, submitted by Plaintiff's counsel, seeking to withdraw as counsel of record in this matter, ECF No. 57, and Plaintiff's counsel's memorandum in support of his motion to withdraw, ECF No. 58. Plaintiff's counsel also requests that the Court "stay the present proceedings for 30 days to allow Plaintiff's [counsel] to withdraw[] and provide Plaintiff the opportunity to retain new counsel by December 1, 2022." ECF No. 58 at 5. Pursuant to Local Civil Rule 1.4, a movant seeking to be relieved as counsel must make a "showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement." Local Civ. R. 1.4. The Court does not consider counsel's affidavit to satisfy this requirement. *See* ECF No. 58-1.

    Accordingly, by **November 15, 2022**, Plaintiff's counsel shall submit an affidavit, detailing <u>with specificity</u>, Plaintiff's breaches of the engagement letter and the irreconcilable differences and conflicts that have arisen between Plaintiff's counsel and Plaintiff. Plaintiff's counsel may submit the affidavit ex parte with the Court. Plaintiff's counsel must also demonstrate that Plaintiff has been served with his application to withdraw and, by **November 15, 2022**, shall file proof of service on the docket.

    The Court has also reviewed the joint letter from Plaintiff and Defendant TenThousand Projects, LLC ("TenThousand") dated November 1, 2022. ECF No. 60. Plaintiff and TenThousand request that the Court allow TenThousand "to file its answer or its proposed 12(b) motion to dismiss [the amended complaint] within 15 days after the proposed 30-day stay (i.e., 15 days after December 1, 2022)." *Id.* at 1–2.

    The parties' request to stay all proceedings is GRANTED. All case deadlines in this action are stayed for 30 days. Further, the parties' request to extend TenThousand's deadline to file its answer or its proposed 12(b) motion to dismiss until 15 days after the stay is GRANTED.

    SO ORDERED.

Dated: November 4, 2022
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge