## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WARREN HAMILTON, JR., | § | |
| | § | Case No. 1:22-CV-06172-AT |
| *Plaintiff,* | § | |
| | § | |
| | § | **AFFIDAVIT OF** |
| | § | **DAVID CHASE LANCARTE** |
| v. | § | |
| | § | **RE:** |
| | § | **PROOF OF SERVICE OF** |
| | § | **COURT ORDER GRANTING** |
| | § | **ATTORNEY DAVID CHASE** |
| | § | **LANCARTE'S** |
| DANIEL HERNANDEZ, | § | **MOTION TO WITHDRAW** |
| 6IX9INE ENTERTAINMENT, INC., | § | |
| TENTHOUSAND PROJECTS, LLC, and | § | |
| UMG RECORDINGS, INC. | § | |
| | § | |
| *Defendants.* | § | |

STATE OF TENNESSEE
COUNTY OF DAVIDSON

Before me, the undersigned notary, on this day personally appeared David Chase LanCarte, the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

1. "My name is David Chase LanCarte and I am over 18 years of age, of sound mind, and capable of making this affidavit. I have never been convicted of a felony. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. Pursuant to the Court's Order dated November 14, 2022 (ECF Doc 64) in the above captioned case, I served Plaintiff Warren Hamilton, Jr. with a copy of the aforementioned order on November 15, 2022 by email. I also served a copy of the aforementioned order on Plaintiff Warren Hamilton, Jr. by mailing Plaintiff Warren Hamilton, Jr. a copy of the aforementioned order to his last known address of 1235 Stoneybrook Dr., Conway, SC 29526 vis USPS certified mail on November 16, 2022. The USPS certified tracking number is 7020 0640 0001 9428 8623.

3. Plaintiff Warren Hamilton, Jr. has verbally confirmed to me that he received the aforementioned order. On November 20, 2022, Plaintiff Warren Hamilton, Jr. also provided me with written confirmation that he received the aforementioned order by replying to my email to state, "Received." A true and correct copy of the service and acknowledgement emails is

1

attached as **Exhibit A** of this Affidavit as proof the service. Additionally, a copy of a true and correct copy of the certified mail receipt and USPS.com tracking page is attached as **Exhibit B** of this Affidavit to also show proof that Plaintiff received the aforementioned order via mail on November 19, 2022."

FURTHER AFFIANT SAYETH NOT.

David Chase LanCarte

Sworn to and subscribed before me by David Chase LanCarte on November 21, 2022.

Notary Public in and for the State of Tennessee

My commission expires:

1-3-2023

# EXHIBIT

# A

From: **Warren Hamilton** warrenhamilton659@gmail.com
Subject: Re: Hamilton v. Hernandez - Order Granting Plaintiff's Attorney's Motion to Withdraw
Date: November 20, 2022 at 1:35 PM
To: Chase LanCarte chase@lancartelaw.com



Received

On Sat, Nov 19, 2022 at 1:30 PM Chase LanCarte <chase@lancartelaw.com> wrote:
> Hi Warren,
>
> I know you have confirmed verbally to me on the phone that you have received a copy of the Court's Order Granting my withdrawal as counsel (Doc 64).
>
> But can you please respond back to provide me with written confirmation that you have received the order granting my withdrawal?
>
> I need to show written proof to the Court that you received the order.
>
> Thank you,
>
> Chase
>
> Chase LanCarte
> Attorney at Law
> LL.M. in Trial Advocacy
> Licensed in Tennessee, Texas, and New York
>
> LanCarte Law, PLLC
> *Create, Inspire, and Let Us Take Care of the Details.*®
>
> Mailing Address:
> 2817 West End Ave
> Suite 126-276
> Nashville, TN 37203
>
> Tel: 615-850-7990
> Tel: 214-935-2430
> Fax: 214-935-2450
>
> www.lancartelaw.com
>
> NOTICE: This message is intended only for use by the named addressee and may contain privileged and/or confidential information. If you are not the named addressee you should not disseminate, copy or take any action in reliance on it. If you have received this message in error please notify chase@lancartelaw.com and delete this message and any attachments accompanying it immediately. Thank you.
>
> > On Nov 15, 2022, at 11:18 AM, Chase LanCarte <chase@lancartelaw.com> wrote:
> >
> >
> > Hi Warren,
> >
> > Attached please find a copy of Court's Order dated November 14, 2022 [Doc 64], whereby the Court granted my motion to withdraw as counsel.

As part of the order, the Court ordered me to also provide proof that you had received a copy of the attached order. Therefore, can you please respond to this email to simply confirm that you have received this email and the attached order?

Additionally as part of the order, you have until December 1, 2022 to retain new counsel in the lawsuit or inform the Court that you intend to proceed *pro se*.

Best Regards,
Chase

Chase LanCarte
Attorney at Law
LL.M. in Trial Advocacy
Licensed in Tennessee, Texas, and New York

Create, Inspire, and Let Us Take Care of the Details.®

Mailing Address:
2817 West End Ave
Suite 126-276
Nashville, TN 37203

Tel:  615-850-7990
Tel:  214-935-2430
Fax: 214-935-2450

www.lancartelaw.com

NOTICE: This message is intended only for use by the named addressee and may contain privileged and/or confidential information. If you are not the named addressee you should not disseminate, copy or take any action in reliance on it. If you have received this message in error please

notify [chase@lancartelaw.com](mailto:chase@lancartelaw.com) and delete this message and any attachments accompanying it immediately. Thank you.

--
Carolina King Six9

# EXHIBIT

# B



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee $4.00    0115
$                    $0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $    $0.00    Postmark
☐ Certified Mail Restricted Delivery $    $0.00    Here
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage    $0.60
$
Total Postage and Fees    $4.60

Sent To  Warren Hamilton Jr
Street and Apt. No., or PO Box No.
17-38  7 tinney brook Dr
City, State, ZIP+4®
Conway  SC  29526

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 0640 0001 9428 8623

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70200640000194288623

Copy      Add to Informed Delivery
(https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:15 am on November 19, 2022 in CONWAY, SC 29526.

Feedback

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered
**Delivered, Left with Individual**

CONWAY, SC 29526
November 19, 2022, 11:15 am

**See All Tracking History**

---

**Text & Email Updates**                                                  ⌄

---

**USPS Tracking Plus®**                                                   ⌄

---

**Product Information**                                                   ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Feedback