UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WARREN HAMILTON, JR., | § § | Case No. 1:22-CV-06172 |
| *Plaintiff,* | § § § | **MOTION TO EXTEND DEADLINE** |
| v. | § § | |
| DANIEL HERNANDEZ, TENTHOUSAND PROJECTS, LLC, and UMG RECORDINGS, INC. | § § § § | |
| *Defendants.* | § | |

    I respectfully ask that the court grant me an extension of 45 days to find a new lawyer to help me with my case. I found some lawyers that might be able to help me but they have not given me a response yet.

 

Respectfully submitted,

By: */s/ Warren Hamilton*
Warren Hamilton, *Pro Se*
1235 Stoneybrook Drive
Conway, SC 29526
843-653-1494
Warrenhamilton659@gmail.com