```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/2/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WARREN HAMILTON, JR., § § *Plaintiff,* § § v. § § DANIEL HERNANDEZ, § TENTHOUSAND PROJECTS, LLC, and § UMG RECORDINGS, INC. § § *Defendants.* § | Case No. 1:22-CV-06172 **MOTION TO EXTEND DEADLINE** |

I respectfully ask that the court grant me an extension of 45 days to find a new lawyer to help me with my case. I found some lawyers that might be able to help me but they have not given me a response yet.

Respectfully submitted,

By: */s/ Warren Hamilton*
Warren Hamilton, *Pro Se*
1235 Stoneybrook Drive
Conway, SC 29526
843-653-1494
Warrenhamilton659@gmail.com

GRANTED. By **January 16, 2023**, Plaintiff shall retain counsel, which counsel shall file a notice of appearance, or inform the Court that he intends to proceed pro se. All case deadlines in this action are stayed for 45 days.

Dated: December 2, 2022
    New York, New York

_____
ANALISA TORRES
United States District Judge