UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARREN HAMILTON, JR.,

        Plaintiff,

-against-

DANIEL HERNANDEZ, TENTHOUSAND PROJECTS, LLC, UMG RECORDINGS, INC, and 6IX9INE ENTERTAINMENT, INC.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/17/2023_

22 Civ. 6172 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 2, 2022, the Court granted Plaintiff's request for an extension to retain new counsel and ordered that by January 16, 2023, "Plaintiff shall retain counsel, which counsel shall file a notice of appearance, or inform the Court that he intends to proceed pro se." ECF No. 67. That submission is now overdue. Accordingly, by **January 31, 2023**, Plaintiff shall advise the Court whether he intends to proceed pro se. All case deadlines in this action are stayed for an additional 30 days.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff pro se.

    SO ORDERED.

Dated: January 17, 2023
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge